**Electronically Filed
Supreme Court
SCWC-24-0000436
17-DEC-2025
09:30 AM
Dkt. 5 ODAC**

SCWC-24-0000436

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

KITTY ANN CHRYST,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000436; CASE NOS. 3DTC-19-053561;
3DTC-19-053401; 3DTC-18-007296)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Cataldo, assigned by reason of vacancy)

Petitioner's application for writ of certiorari, filed

on November 7, 2025, is hereby rejected.

DATED: Honolulu, Hawaiʻi, December 17, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Lisa W. Cataldo

